## THIRD DEPARTMENT, MAY, 1943.

### (May 5, 1943.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BINGHAM OPERATING CORPORATION, Respondent, against W. EVERETT EYRICH et al., Constituting the Board of Review of the City of Binghamton, Appellants.— All concur.

In the Matter of the Claim of NICOLA NELSON, Respondent, against MESECK TOWING LINES, Respondent, and GLENS FALLS INDEMNITY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— All concur.

In the Matter of the Claim of GEORGE W. KINGSLEY, Respondent, against E. I. DU PONT DE NEMOURS & COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— All concur.